# IN THE SUPREME COURT OF THE STATE OF NEVADA

BLAKE W. CLARK,
                              Appellant,
vs.
THE STATE OF NEVADA,
                              Respondent.

No. 69460

**FILED**

JAN 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

The judgment of conviction was entered on September 30, 2015. The notice of appeal was filed in the district court on December 17, 2015, well after the 30-day period prescribed by NRAP 4(b)(1)(A). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.          _____, J.
Cherry                                Gibbons

16-02638

cc: Hon. Valerie Adair, District Judge
Law Office of Michael H. Schwarz
Blake W. Clark
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk